# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131045

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                SC: 131045
                                COA: 258964

ANTHONY DWAYNE SIMMONS,
    Defendant-Appellant.                    Macomb CC: 03-004086-FC

_____/

      On order of the Court, the application for leave to appeal the March 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

d0724

                                  Clerk